UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED SPECIALTY INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>SUPERIOR RISK MANAGEMENT, INC., et al.,<br><br>    Defendants. | Case No. 21-cv-05662-TLT   (LJC)<br><br>**ORDER REGARDING JULY 27, 2023 IN-PERSON SETTLEMENT CONFERENCE**<br><br>Re: Dkt. Nos. 279, 282, 283 |

The undersigned's Settlement Conference Standing Order, https://cand.uscourts.gov/wp-content/uploads/judges/cisneros-ljc/LJC-SettlementConferenceStandingOrder.pdf, sets forth requirements for the parties' preparation and attendance at a settlement conference. Given the expedited scheduling, the requirements are modified as follows. The parties shall meet and confer by July 21, 2023, to discuss the topics listed in Section A of the Settlement Conference Standing order. By 5 pm (Pacific Standard Time) on July 24, 2023, the parties shall submit their Settlement Conference Statements and Confidential Settlement Letters, pursuant to Sections B and C of the Settlement Conference Standing Order.

**IT IS SO ORDERED.**

Dated: July 19, 2023

LISA J. CISNEROS
United States Magistrate Judge